J. DE WITT BUTTS, Respondent, *v.* THE J. C. MACKEY COMPANY, Appellant.

Reported below, 72 Hun, 562.
(Argued October 18, 1895; decided November 1, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 3, 1893, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*E. N. Wilson* for appellant.

*William Nathl. Cogswell* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except HAIGHT, J., not sitting.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE KNICKERBOCKER PRESS, Appellant, *v.* EDWARD P. BARKER et al., as Commissioners, etc., Respondents.

Reported below, 87 Hun, 341.
(Argued October 21, 1895; decided November 26, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 14, 1895, which affirmed an order of the Special Term dismissing a writ of certiorari.

*Everett P. Wheeler* for appellant.

*D. J. Dean* for respondents.

Order affirmed, on opinion below, with costs.
All concur.